USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                 -v-                                      1:23-cr-425-GHW

    GASPER URBANC, and                     ORDER
    GORAZD FILIMONOVIC,

                                 Defendants. X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       The status conference scheduled in this matter for December 19, 2023, is rescheduled to December 8, 2023, at 9:00 a.m., in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: November 9, 2023

                                                             GREGORY H. WOODS
                                                     United States District Judge