UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2024

UNITED STATES OF AMERICA,

             -v-

GASPER URBANC, *and*
GORAZD FILIMONOVIC,

                      Defendants.

1:23-cr-425-GHW

ORDER

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, GASPER URBANC, by and through his attorney, ARIEL C. WERNER, and with the consent of GORAZD FILIMONOVIC, by and through his attorney, JEFF CHABROWE, and DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, NICHOLAS S. BRADLEY, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this case is continued from August 29, 2024 to September 18, 2024 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through September 18, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

SO ORDERED.

Dated: August 27, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge