| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/6/2025 |

UNITED STATES OF AMERICA,

v.                                    23-CR-00554 (MKV)

LARRY RAMOS,

        *Defendant*.

## ORDER TO EXPEDITE SUBPOENAS AND CERTIFICATIONS

Upon the Letter Motion of Larry Ramos, through his counsel, Inga L. Parsons and with the consent of the government by Alexander Li and finding good cause therein it is hereby:

ORDERED that the attached subpoenas and request for certifications be expedited on the same basis as law enforcement such that the documents are received by Inga L. Parsons at her email [inga@ingaparsonsonslaw.com](mailto:inga@ingaparsonsonslaw.com) or brought to this Court before the trial in this matter scheduled for February 10, 2025 at 9 a.m. at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 18C, New York NY 10007-1312.

SO ORDERED this __6__ of February 2025.

_____
Hon. Mary Kay Vyskocil
United States District Court